AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Betty S. Lucas,<br>*Plaintiff,*<br>v.<br>Sysco Columbia, LLC,<br>*Defendant.* | )<br>)<br>) Civil Action No.   3:13-cv-2883-JFA<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:   summary judgment is entered in favor of the defendant on all claims.  The plaintiff shall take nothing of the defendant and the action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding, who granted the defendant's motion for summary judgment.

Date:   October 3, 2014                                           *CLERK OF COURT*

                                                                 s/Brian D. Shropshire
                                                        *Signature of Clerk or Deputy Clerk*